**FILED**
Jan 17, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00005-EPG |
| Plaintiff, | |
| v. | ORDER TO UNSEAL REDACTED COMPLAINT |
| GISELE CARRILLO CORRAL, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Complaint filed on January 10, 2023, and docket pertaining to defendant Gisele Carrillo Corral, be unsealed and become public record.

DATED: **Jan 17, 2023**

_____
HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE